■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PEDRO LOPEZ, Appellant.— Judgment of the Supreme Court, Kings County, rendered March 23, 1966, affirmed. No opinion. We have reviewed the probation report. Beldock, P. J., Christ, Rabin, Benjamin and Martuscello, JJ., concur.